Exhibit C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GERALYN GANCI,

               Plaintiff,

    - against -

U.S. LIMOUSINE SERVICE LTD. and
RAYMOND TOWNSEND,

               Defendants.
----------------------------------------------------------X

**JUDGMENT**
CV-10-3027 (JFB)(AKT)

      A jury verdict having been filed on September 16, 2014, awarding plaintiff compensatory damages against defendants U.S. Limousine and Raymond Townsend in the amount of $450,000, awarding plaintiff punitive damages against defendant Raymond Townsend in the amount of $100,000, and awarding plaintiff punitive damages against defendant U.S. Limousine in the amount of $450,000; and an Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on March 2, 2015, reducing the award of punitive damages against U.S. Limousine Service to $100,000, setting aside the award of punitive damages against Raymond Townsend, and otherwise denying defendants' renewed motion for judgment as a matter of law and defendants' motion to set aside the verdict and/ or modify the damages award; and a Memorandum and Order of Honorable Joseph F. Bianco, having been filed on April 2, 2015, awarding plaintiff $162,578.50 in attorneys' fees and $2,768.16 in costs for the work performed by Stagg, Terenzi, Confusione & Wabnik, awarding plaintiff $4,900 in fees and $400 in costs for the work performed by Mr. Lenowitz, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff is awarded compensatory damages against defendants U.S. Limousine and Raymond Townsend in the amount of $450,000; that plaintiff is awarded punitive damages against defendant U.S. Limousine in the amount of $100,000; that defendants' renewed motion for judgment as a matter of law and defendants' motion to set aside the verdict and/ or modify the damages award are otherwise denied; that plaintiff is awarded

$162,578.50 in attorneys' fees and $2,768.16 in costs for the work performed by Stagg, Terenzi, Confusione & Wabnik; that plaintiff is awarded $4,900 in fees and $400 in costs for the work performed by Mr. Lenowitz; and that this case is hereby closed.

Dated: Central Islip, New York
      April 8, 2015

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                         BY:    /s/ CATHERINE VUKOVICH
                                        DEPUTY CLERK