Form B 250A (12/09)

# United States Bankruptcy Court
## EASTERN District Of NEW YORK (BROOKLYN)

In re RAYMOND A. TOWNSEND,
    Debtor

GERALYN GANCI
    Plaintiff

    v.

RAYMOND A. TOWNSEND
    Defendant

Case No. 1-15-43411-cec

Chapter 7

Adv. Proc. No. _____

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:    United States District Court
    Eastern District of New York
    225 Cadman Plaza East
    Brooklyn, NY 11201

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:    Stagg, Terenzi, Confusione & Wabnik, LLP
    401 Franklin Avenue, Suite 300
    Garden City, New York 11530
    (516) 812-4500

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____    By: _____ (Deputy Clerk)